UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DAVID A. TROPP,

                              Plaintiff,                      **MEMORANDUM AND ORDER**

              -against-                            08-CV-4446 (ENV)

CONAIR CORP., et al.,

                              Defendants.
-----------------------------------------------------------------x

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

      Currently pending before Judge Vitaliano is a defense motion to stay this action pending resolution of a related case, Travel Sentry, Inc. v. Tropp, 06-CV-64125 (ENV). On February 20, 2009, prior to the filing of that motion (which is to be fully submitted by April 1, 2009), this Court issued an order scheduling an initial conference for April 3, 2009. Various defendants have now requested that this Court "suspend" the parties' obligations under the February 20th order pending Judge Vitaliano's decision on the motion to stay. See, e.g., Letter from Zachary W. Berk to the Court (March 9, 2009). Plaintiff opposes the defense request, arguing that granting it would unfairly prejudice plaintiff. See Letter from Ronald D. Coleman to the Court (March 12, 2009).

      This Court concludes that no purpose would be served by proceeding with the initial conference on April 3rd, only two days after Judge Vitaliano will be provided with a complete set of papers on the motion for a stay. Therefore, absent further order of the Court, the initial conference is adjourned to May 4, 2009, at 11:30 a.m. The remaining obligations imposed on

the parties by the Court's February 20th order are subject to corresponding extensions of time.

Plaintiff will not be unfairly prejudiced by this brief adjournment.

**SO ORDERED.**

**Dated:** Brooklyn, New York
March 17, 2009

**ROANNE L. MANN**
**UNITED STATES MAGISTRATE JUDGE**