UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

| | |
|---|---|
| DAVID A. TROPP, | Hon. Eric N. Vitaliano, U.S.D.J. |
| | Hon. Roanne L. Mann, U.S.M.J. |
| Plaintiff, | |
| v. | Civil Action No. 1:08-cv-04446 |
| CONAIR CORPORATION, BROOKSTONE, INC., BRIGGS & RILEY TRAVELWARE LLC, DELSEY LUGGAGE INC., EBAGS, INC., EAGLE CREEK, a division of VF OUTDOOR, INC., MASTER LOCK COMPANY, LLC, HP MARKETING CORP. LTD, L.C. INDUSTRIES, LLC, OUTPAC DESIGNS INC., MAGELLAN'S INTERNATIONAL TRAVEL CORPORATION, SAMSONITE CORPORATION, TITAN LUGGAGE USA, TRAVELPRO INTERNATIONAL INC, TUMI, INC, TRG ACCESSORIES, LLC, and WORDLOCK, INC., | |
| Defendants. | |

------------------------------------------------------------------x

## CERTAIN DEFENDANTS' NOTICE OF MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF RELATED PATENT LITIGATION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of this Motion to Stay Proceedings Pending Resolution of Related Patent Litigation, the Affidavit of Zachary W. Berk, Esq., Supporting this Motion, and upon all pleadings and proceedings herein, defendants, Conair Corporation, Brookstone, Inc., Briggs & Riley Travelware LLC, Delsey Luggage Inc., eBags, Inc., Eagle Creek, a division of VF Outdoor, Inc., Master Lock Company, LLC, HP Marketing Corp., Magellan's International Travel Corporation, Samsonite Corporation, Titan Luggage USA, Travelpro International, Inc., Tumi, Inc., TRG Accessories, LLC, and Wordlock, Inc., will move this Court, at a date and time to be determined by the Court,

before the Honorable Eric N. Vitaliano, United States District Judge, at the United States Courthouse for the Eastern District of New York, Brooklyn Courthouse, 225 Cadman Plaza East, Brooklyn, New York, for an Order staying this action and entering such other and further relief that the Court deems proper.

Dated: New York, New York
       March 11, 2009

Respectfully submitted,

By: /s/ William L. Prickett
    William L. Prickett (WP-7278)
    Heidsha Sheldon (HS-6493)
    (Admitted *pro hac* vice)
    Zachary W. Berk (ZB-0459)
    (Admitted *pro hac* vice)
    SEYFARTH SHAW LLP
    World Trade Center East
    Two Seaport Lane, Suite 300
    Boston, MA 02210-2028
    (617) 946-4800

    Attorneys for Defendants Conair Corporation, Eagle Creek, a division of VF Outdoor, Inc., Master Lock Company, LLC, HP Marketing Corp., Ltd, Samsonite Corporation, Titan Luggage USA, Travelpro International, Inc., and TRG Accessories, LLC

By: /s/ Gary M. Butter
    Gary M. Butter (GB-8925)
    Jennifer Cozeolino (JC-4841)
    Baker Botts, LLP
    30 Rockefeller Plaza
    New York, NY 10112
    212-408-2546

    Attorneys for Defendant Tumi, Inc.

By: /s/ Jeffrey Schwab
    Jeffrey Schwab (JS-9592)
    Abelman, Frayne & Schwab
    666 Third Avenue
    New York, NY 10017-5621
    (212) 885-9215

    Attorneys for Defendant Briggs & Riley Travelware LLC

By: /s/ Robert J. Kenney
    Robert J. Kenney (*pro hac vice*)
    Q. Rick Corrie (*pro hac vice*)
    Birch, Steward, Kolasch & Birch
    8110 Gatehouse Road, Suite 100E
    Falls Church, VA 22042
    (703) 205-8000

    Attorneys for Defendant Magellan's International Travel Corporation

By: /s/ Daniel G. Brown
    Daniel G. Brown, (DB-   )
    Wilson, Sonsini, Goodrich & Rosati PC
    1301 Avenue of the Americas
    New York, NY 10019
    (212) 999-5800

    Attorneys for Defendant Wordlock Inc.

2

By:   /s/ Theodore J. McEvoy
      Theodore J. McEvoy (TM-8180)
      Greenberg Traurig
      200 Park Avenue
      Florham Park, NJ 07932
      (973) 443-3525

      Attorneys for Defendant Brookstone, Inc

By:   /s/ Stacy Bekman Radz
      Stacy Bekman Radz (SR-5557)
      Ober, Kaler, Grimes & Shriver
      130 East Baltimore Street
      Baltimore, MD 21202
      (410) 347-7675

      Attorneys for Defendant Delsey Luggage Inc.

By:   /s/ Andrew Hartman
      Andrew Hartman
      Cooley Godward Kronish LLP
      The Grace Building
      1114 Avenue of the Americas
      New York, NY 10036
      (212) 479-6000

      Attorneys for eBags, Inc.

## CERTIFICATE OF SERVICE

    I hereby certify that on March 11, 2009, I served the foregoing **CERTAIN DEFENDANTS' NOTICE OF MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF RELATED PATENT LITIGATION** upon counsel for the Plaintiff, as well as all counsel who have entered an appearance in this action, via e-mail (PDF version) and first class mail.

                            /s/ Zachary W. Berk
                            Zachary W. Berk