Case 1:08-cv-04446-ENV-RLM   Document 91   Filed 09/30/09   Page 1 of 1

**GF LLP**

# GOETZ FITZPATRICK LLP
Attorneys at Law    www.goetzfitz.com
One Penn Plaza, New York, NY 10119 | (T) 212-695-8100 | (F) 212-629-4013

*Fact discovery shall be completed by 7/9/10. Plaintiff's expert disclosure shall be served by 8/23/10; defendants' is due by 10/6/10. The case is sent for court-annexed mediation. The parties shall submit a status report by 2/6/10.*

Ronald D. Coleman
Partner
rcoleman@goetzfitz.com

September 30, 2009

*SO ORDERED*
/s/
Roanne L. Mann
U.S. Magistrate Judge
Dated *10/1/09*

**BY ECF**

Hon. Roanne L. Mann, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re:    **Tropp v. Conair Corp. et al.**
**Civil Action No. 1:08-cv-04446**

Dear Magistrate Judge Mann:

We are counsel for plaintiff.  We write in connection with our most recent appearance before the Court, at which the Court granted the defense request to defer the scheduling of discovery pending Judge Vitiliano's decison on defendants' motion to stay the case until the validity of the patents was determined in the related case.

As Your Honor is no doubt aware, Judge Vitiliano issued his ruling in the Travel Sentry case on September 24th and validated our client's position regarding the patents in suit.  For this reason we write to request the immediate entry of a scheduling order along the lines discussed and per the Court's ruling at the last conference in May.  Naturally we are available for a conference if the Court believes this necessary.

Respectfully submitted,

Ronald D. Coleman

55 Harristown Rd., Glen Rock, NJ 07452 |201-612-4444 (F) 201-612-4455
170 Old Country Rd., Suite 300, Mineola, NY 11501 | 516-741-2162 (F) 516-746-1024
One North Broadway, Suite 800 White Plains, NY 10601 | 914-946-7735 (F) 914- 946-0098