**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
**DAVID A. TROPP,**

                  **Plaintiff,**                      **ORDER**

           **-against-**                      **08-CV-4446 (ENV)**

**CONAIR CORP., et al.,**

                  **Defendants.**
----------------------------------------------------------------x

     As Judge Vitaliano has denied defendants' motion to stay this action pending the resolution of <u>Travel Sentry, Inc. v. Tropp</u>, 06-CV-6415 (ENV), <u>see</u> Memorandum and Order (Nov. 2, 2009), Docket Entry #97, the Court sets the following schedule:  Fact discovery shall be completed by August 14, 2010.  Plaintiff's expert disclosure shall be served by September 30, 2010; defendants' is due by October 6, 2010.  The case is sent for court-annexed mediation.  The parties shall submit a status report by March 13, 2010.

          **SO ORDERED.**

**Dated:**     Brooklyn, New York
              November 6, 2009

                                              **ROANNE L. MANN**
                                              **UNITED STATES MAGISTRATE JUDGE**