## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

DAVID A. TROPP

                    Plaintiff,

    -against-

CONAIR CORPORATION, BROOKSTONE,
INC., BRIGGS & RILEY TRAVELWARE LLC,
DELSEY LUGGAGE, INC., EBAGS, INC.,
EAGLE CREEK, a division of VF OUTDOOR,
INC., MASTER LOCK COMPANY, LLC, HP
MARKETING CORP. LTD, L.C. INDUSTRIES,
LLC, OUTPAC DESIGNS INC., MAGELLAN'S
INTERNATIONAL TRAVEL CORPORATION,
SAMSONITE CORPORATION, TITAN
LUGGAGE USA, TRAVELPRO
INTERNATIONAL INC, TUMI, INC, TRG
ACCESSORIES, LLC, and WORLDLOCK, INC.,

                    Defendants.

Hon. Eric N. Vitaliano, U.S.D.J.
Hon. Roanne L. Mann, U.S.M.J.

Civil Action No. 1:08-cv-04446

------------------------------------------------------------------ x

### STIPULATION TO ENLARGE TIME TO RESPOND TO THE COMPLAINT

Pursuant to an agreement reached by and between plaintiff, David A. Tropp ("Tropp")
and defendants L.C. Industries, Inc. (misnamed in the caption as L.C. Industries LLC) and
Outpac Designs Inc. (collectively the "Defendants"), regarding the date for filing their answer or
otherwise pleading in response to the Complaint, it is hereby STIPULATED THAT:

1.      Defendants retain all defenses to the lawsuit, including the jurisdiction of the
Court.

2.      In light of the Court's October 30, 2009 order regarding the Motion to Stay, the
parties are currently conferring regarding a proposal for conducting discovery. Plaintiff Tropp,
therefore, agrees to extend the time in which Defendants may answer or otherwise plead in
response to the Complaint in this matter by ten (10) days, until December 3, 2009.

3.     The Defendants' answers and/or responses to the Complaint in this matter are currently due, pursuant to the parties' previously filed stipulation, on November 23, 2009.

Dated: November 12, 2009


By:    /s/ Ronald D. Coleman                By:    /s/ Michael F. Maschio
       Ronald D. Coleman (RC-3875)                 Michael F. Maschio (MFM-2366)
       GOETZ FITZPATRICK LLP                       COWAN, LIEBOWITZ &
       One Penn Plaza                                 LATMAN, P.c.
       New York, NY 10119                         1133 Avenue of the Americas
       (212) 695-8100                             New York, NY 10036-6799
       *Attorneys for Plaintiff David A. Tropp*   Telephone (212) 790-9200
                                                  *Attorneys for L.C. Industries, Inc.*
                                                  *and Outpac Designs Inc.*

2