Case 1:08-cv-04446-ENV-RLM   Document 99   Filed 11/12/09   Page 1 of 3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

| | |
|---|---|
| DAVID A. TROPP, | Hon. Eric N. Vitaliano, U.S.D.J. |
| | Hon. Roanne L. Mann, U.S.M.J. |
| Plaintiff, | |
| v. | Civil Action No. 1:08-cv-04446 |
| CONAIR CORPORATION, BROOKSTONE, INC., BRIGGS & RILEY TRAVELWARE LLC, DELSEY LUGGAGE INC., EBAGS, INC., EAGLE CREEK, a division of VF OUTDOOR, INC., MASTER LOCK COMPANY, LLC, HP MARKETING CORP. LTD, L.C. INDUSTRIES, LLC, OUTPAC DESIGNS INC., MAGELLAN'S INTERNATIONAL TRAVEL CORPORATION, SAMSONITE CORPORATION, TITAN LUGGAGE USA, TRAVELPRO INTERNATIONAL INC, TUMI, INC, TRG ACCESSORIES, LLC, and WORDLOCK, INC., | |
| Defendants. | |

-----------------------------------------------------------x

## STIPULATION TO ENLARGE TIME TO RESPOND TO THE COMPLAINT

Pursuant to an agreement reached by and between plaintiff, David A. Tropp ("Tropp"), and defendants, Conair Corporation, Brookstone, Inc., Briggs & Riley Travelware LLC, Delsey Luggage Inc., eBags, Inc., Eagle Creek, a division of VF Outdoor Inc., Master Lock Company, LLC, HP Marketing Corp. Ltd, Magellan's International Travel Corporation, Samsonite Corporation, Titan Luggage USA, Travelpro International, Inc., Tumi, Inc., TRG Accessories LLC, and Wordlock, Inc. (collectively the "Defendants"), regarding the date for filing their answer or otherwise pleading in response to the Complaint, it is hereby STIPULATED THAT:

(1) Defendants retain all defenses to the lawsuit, including the jurisdiction of the Court.

(2) In light of the Court's October 30, 2009 order regarding the Motion to Stay, the parties are currently conferring regarding a proposal for conducting discovery. Plaintiff Tropp, therefore, agrees to extend the time in which Defendants may answer or otherwise plead in response to the Complaint in this matter by ten (10) days, until December 3, 2009.

(3) The Defendants' answers and/or responses to the Complaint in this matter are currently due, pursuant to the parties' previously filed stipulation, on November 23, 2009.

Dated: November 12, 2009

By: /s/ Ronald D. Coleman
Ronald D. Coleman (RC-3875)
GOETZ FITZPATRICK LLP
One Penn Plaza
New York, NY 10119
(212) 695-8100

Attorneys for Plaintiff David A. Tropp

By: /s/ William L. Prickett
William L. Prickett (WP-7278)
Heidsha Sheldon (HS-6493)
(Admitted pro hac vice)
Zachary W. Berk (ZB-0459)
(Admitted pro hac vice)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
(617) 946-4800

Attorneys for Defendants Conair Corporation, Master Lock Company, LLC, HP Marketing Corp., Ltd, Samsonite Corporation, Titan Luggage USA, Travelpro International, Inc., and TRG Accessories, LLC

By: /s/ Gary M. Butter
Gary M. Butter (GB-8925)
Jennifer Cozeolino (JC-4841)
Baker Botts, LLP
30 Rockefeller Plaza
New York, NY 10112
212-408-2546

Attorneys for Defendant Tumi, Inc.

By: /s/ Jeffrey Schwab
Jeffrey Schwab (JS-9592)
Abelman, Frayne & Schwab
666 Third Avenue
New York, NY 10017-5621
(212) 885-9215

Attorneys for Defendant Briggs & Riley Travelware LLC

Case 1:08-cv-04446-ENV-RLM   Document 99   Filed 11/12/09   Page 3 of 3

By: /s/ Robert J. Kenney
Robert J. Kenney (*pro hac vice*)
Q. Rick Corrie (*pro hac vice*)
Birch, Steward, Kolasch & Birch
8110 Gatehouse Road, Suite 100E
Falls Church, VA  22042
(703) 205-8000

Attorneys for Defendant Magellan's International Travel Corporation

By: /s/ Theodore J. McEvoy
Theodore J. McEvoy (TM-8180)
Greenberg Traurig
200 Park Avenue
Florham Park, NJ  07932
(973) 443-3525

Attorneys for Defendant Brookstone, Inc. and Eagle Creek, a division of VF Outdoor, Inc.

By: /s/ Andrew Hartman
Andrew Hartman
Cooley Godward Kronish LLP
The Grace Building
1114 Avenue of the Americas
New York, NY  10036
(212) 479-6000

Attorneys for eBags, Inc.

By: /s/ Daniel G. Brown
Daniel G. Brown, (DB-   )
Wilson, Sonsini, Goodrich & Rosati PC
1301 Avenue of the Americas
New York, NY  10019
(212) 999-5800

Attorneys for Defendant Wordlock Inc.

By: /s/ Stacy Bekman Radz
Stacy Bekman Radz (SR-5557)
Ober, Kaler, Grimes & Shriver
130 East Baltimore Street
Baltimore, MD  21202
(410) 347-7675

Attorneys for Defendant Delsey Luggage Inc.

SO ORDERED
/s/
Roanne L. Mann
U.S. Magistrate Judge
Dated  11/12/09

3