UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

DAVID A. TROPP

                Plaintiff,

-against-

CONAIR CORPORATION, BROOKSTONE, INC., BRIGGS & RILEY TRAVELWARE LLC, DELSEY LUGGAGE, INC., EBAGS, INC., EAGLE CREEK, a division of VF OUTDOOR, INC., MASTER LOCK COMPANY, LLC, HP MARKETING CORP. LTD, L.C. INDUSTRIES, LLC, OUTPAC DESIGNS INC., MAGELLAN'S INTERNATIONAL TRAVEL CORPORATION, SAMSONITE CORPORATION, TITAN LUGGAGE USA, TRAVELPRO INTERNATIONAL INC, TUMI, INC, TRG ACCESSORIES, LLC, and WORLDLOCK, INC.,

                Defendants.

-----------------------------------------------------------------x

Hon. Eric N. Vitaliano, U.S.D.J.
Hon. Roanne L. Mann, U.S.M.J.

Civil Action No. 1:08-cv-04446

### STIPULATION TO ENLARGE TIME TO RESPOND TO THE COMPLAINT

Pursuant to an agreement reached by and between plaintiff, David A. Tropp ("Tropp") and defendants L.C. Industries, Inc. (misnamed in the caption as L.C. Industries LLC) and Outpac Designs Inc. (collectively the "Defendants"), regarding the date for filing their answer or otherwise pleading in response to the Complaint, it is hereby STIPULATED THAT:

    1.    Defendants retain all defenses to the lawsuit, including the jurisdiction of the Court.

    2.    In light of the Court's October 30, 2009 order regarding the Motion to Stay, the parties are currently conferring regarding a proposal for conducting discovery. Plaintiff Tropp, therefore, agrees to extend the time in which Defendants may answer or otherwise plead in response to the Complaint in this matter by ten (10) days, until December 3, 2009.

28384/000/1140925.1

3.  The Defendants' answers and/or responses to the Complaint in this matter are currently due, pursuant to the parties' previously filed stipulation, on November 23, 2009.

Dated: November 12, 2009

| | |
|---|---|
| By: /s/ Ronald D. Coleman<br>Ronald D. Coleman (RC-3875)<br>GOETZ FITZPATRICK LLP<br>One Penn Plaza<br>New York, NY 10119<br>(212) 695-8100<br>*Attorneys for Plaintiff David A. Tropp* | By: /s/ Michael F. Maschio<br>Michael F. Maschio (MFM-2366)<br>COWAN, LIEBOWITZ &<br>  LATMAN, P.c.<br>1133 Avenue of the Americas<br>New York, NY 10036-6799<br>Telephone (212) 790-9200<br>*Attorneys for L.C. Industries, Inc.<br>and Outpac Designs Inc.* |

SO ORDERED
/s/
Roanne L. Mann
U.S. Magistrate Judge
Dated: 11/12/09

2