UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------- x
DAVID A. TROPP,                           :

       Plaintiff,                         :
                                        Hon. Eric N. Vitaliano, U.S.D.J.
  v.                                      :  Hon. Roanne L. Mann, U.S.M.J.

CONAIR CORPORATION; BROOKSTONE,           :
INC.; BRIGGS & RILEY TRAVELWARE
LLC; DELSEY LUGGAGE INC.; EBAGS,          :  Civil Action No. 1:08-cv-04446-ENV-RLM
INC.; EAGLE CREEK, INC.; FORTUNE
BRANDS, INC.; HP MARKETING CORP.          :
LTD; L.C. INDUSTRIES, LLC; OUTPAC
DESIGNS INC.; MAGELLAN'S                  :  **NOTICE OF APPEARANCE**
INTERNATIONAL TRAVEL
CORPORATION; SAMSONITE                    :
CORPORATION; TITAN LUGGAGE USA;
TRAVELPRO INTERNATIONAL INC.;             :
TUMI, INC.; VICTORINOX SWISS ARMY,
INC.; and WORDLOCK, INC.,                 :

       Defendants.                        :
----------------------------------------- x

      PLEASE TAKE NOTICE that Janet L. Cullum of Cooley Godward Kronish LLP hereby enters an appearance as counsel in the above-captioned action on behalf of Defendant eBags, Inc., and requests that she be served with future filings.

Dated: New York, New York          Respectfully submitted,
       December 1, 2009

                                           COOLEY GODWARD KRONISH LLP

                                           By:   *s/ Janet L. Cullum*
                                                Janet L. Cullum
                                        **Lead Attorney**
                                        New York State Bar No. JC1925
                                        E-Mail: jcullum@cooley.com
                                        1114 Avenue of the Americas
                                        New York, NY 10036-7798
                                        Telephone: (212) 479-6000
                                        Facsimile: (212) 479-6275
                                        ***Attorneys for Defendant eBags, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2009, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of the District Court using the CM/ECF system, which sent electronic notification of such filing to the following:

Ronald D. Coleman (RC-3875)
GOETZ FITZPATRICK LLP
One Penn Plaza
44th Floor
New York, NY  10119

**Attorneys for Plaintiff David A. Tropp**

Gary M. Butter (GB-8925)
Jennifer Cozeolino (JC-4841)
Baker Botts, LLP
30 Rockefeller Plaza
New York, NY 10112

**Attorneys for Defendant Tumi, Inc.**

Brian Carpenter, Esq.
Theodore J. McEvoy, Esq.
Greenberg Traurig
200 Park Avenue
Florham Park, NJ  07932

**Attorneys for Defendants Brookstone, Inc. and Eagle Creek, a division of VF Outdoor, Inc.**

Anthony James Difilippi
Abelman, Frayne & Schwab
150 East 42nd Street
New York, NY 10017

**Attorneys for Defendant Briggs & Riley Travelware LLC**

Michael F. Maschio, Esq.
Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas
New York, NY  10036-6799

**Attorneys for Defendants Outpac Designs Inc. and L.C. Industries, LLC**

Daniel G. Brown, Esq.
Wilson, Sonsini, Goodrich & Rosati PC
1301 Avenue of the Americas
New York, NY  10019

**Attorneys for Defendant Wordlock Inc.**

Robert J. Kenney, Esq.
Q. Rick Corrie, Esq.
Birch, Steward, Kolasch & Birch
8110 Gatehouse Road, Suite 100E
Falls Church, VA  22042

**Attorneys for Defendant Magellan's International Travel Corporation**

Stacy Bekman Radz, Esq.
Ober, Kaler, Grimes & Shriver
130 East Baltimore Street
Baltimore, MD  21202

**Attorneys for Defendant Delsey Luggage Inc.**

William L. Prickett (WP-7278)
Heidsha Sheldon (HS-6493) (*pro hac vice*)
Zachary W. Berk (ZB-0459) (*pro hac vice*)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028

**Attorneys for Conair Corporation, Master Lock Company, LLC, TRG Accessories, LLC, Samsonite Corporation, HP Marketing Corp. Ltd., Titan Luggage USA, and Travelpro International, Inc.**

　　　　　　　　　　　　　　　*/s/ Janet L. Cullum*
　　　　　　　　　　　　　　　Janet L. Cullum

331660 v1/CO