UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                          :
DAVID A. TROPP,                           :    Hon. Eric N. Vitaliano, U.S.D.J.
                                          :    Hon. Roanne L. Mann, U.S.M.J.
          Plaintiff,                      :
                                          :
          v.                              :    Civil Action No. 1:08-cv-04446
                                          :
CONAIR CORPORATION, BROOKSTONE,           :    **DEFENDANT WORDLOCK, INC.'S**
INC., BRIGGS & RILEY TRAVELWARE LLC,      :    **CORPORATE DISCLOSURE**
DELSEY LUGGAGE INC., EBAGS, INC.,         :    **STATEMENT PURSUANT TO**
EAGLE CREEK, a division of VF OUTDOOR,    :    **FED. R. CIV. P. 7.1**
INC., MASTER LOCK COMPANY, LLC, HP        :
MARKETING CORP. LTD, L.C. INDUSTRIES,     :
LLC, OUTPAC DESIGNS INC., MAGELLAN'S      :
INTERNATIONAL TRAVEL CORPORATION,         :
SAMSONITE CORPORATION, TITAN              :
LUGGAGE USA, TRAVELPRO                    :
INTERNATIONAL INC, TUMI, INC, TRG         :
ACCESSORIES, LLC, and WORDLOCK, INC.,     :
                                          :
          Defendants.                     :
                                          :
---------------------------------------------------------------x


## DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Wordlock, Inc. certifies,

through the undersigned counsel, that it has no parent corporation and no publicly held

corporation owns 10% or more of its stock.


Dated:  December 3, 2009          Respectfully submitted,


                          By: */s/ Tonia Ouellette Klausner*_____ _____
                              Tonia Ouellette Klausner
                              Daniel G. Brown
                              Wilson, Sonsini, Goodrich & Rosati PC
                              Professional Corporation
                              1301 Avenue of the Americas, 40th Floor
                              New York, NY  10019
                              Phone: (212) 999-5800
                              Facsimile: (212) 999-5899

                          *Attorneys for Defendant Wordlock, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2009, I electronically filed the foregoing **DEFENDANT WORDLOCK, INC.'S CORPORATE DISCLOSURE STATEMENT** with the Clerk of the District Court using the CM/ECF system, which sent electronic notification of such filing to the following:

Ronald D. Coleman (RC-3875)
GOETZ FITZPATRICK LLP
One Penn Plaza
New York, NY  10119
(212) 695-8100

**Attorneys for Plaintiff David A. Tropp**

Gary M. Butter (GB-8925)
Jennifer Cozeolino (JC-4841)
Baker Botts, LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 408-2546

**Attorneys for Defendant Tumi, Inc.**

Brian Carpenter, Esq.
Theodore J. McEvoy, Esq.
Greenberg Traurig
200 Park Avenue
Florham Park, NJ  07932
(973) 443-3525

**Attorneys for Defendants Brookstone, Inc. and Eagle Creek, a division of VF Outdoor, Inc.**

Anthony James Difilippi
Abelman, Frayne & Schwab
150 East 42nd Street
New York, NY 10017
(212) 949-9022

**Attorneys for Defendant Briggs & Riley Travelware LLC**

Michael F. Maschio, Esq.
Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas
New York, NY  10036-6799
(212) 790-9200

**Attorneys for Defendants Outpac Designs Inc. and L.C. Industries, LLC**

William L. Prickett (WP-7278)
Heidsha Sheldon (HS-6493) (*pro hac vice*)
Zachary W. Berk (ZB-0459) (*pro hac vice*)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
(617) 946-4800

**Attorneys for Conair Corporation, Master Lock Company, LLC, TRG Accessories, LLC, Samsonite Corporation, HP Marketing Corp. Ltd., Titan Luggage USA, and Travelpro International, Inc.**

Robert J. Kenney, Esq.
Q. Rick Corrie, Esq.
Birch, Steward, Kolasch & Birch
8110 Gatehouse Road, Suite 100E
Falls Church, VA  22042
(703) 205-8000

**Attorneys for Defendant Magellan's
International Travel Corporation**

Stacy Bekman Radz, Esq.
Ober, Kaler, Grimes & Shriver
130 East Baltimore Street
Baltimore, MD  21202
(410) 347-7675

**Attorneys for Defendant Delsey Luggage
Inc.**

*/s/ Tonia Ouellette Klausner*
Tonia Ouellette Klausner