UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
: 
DAVID A. TROPP,                                    :    Hon. Eric N. Vitaliano, U.S.D.J.
                                                   :    Hon. Roanne L. Mann, U.S.M.J.
            Plaintiff,                             :
                                                   :
       v.                                          :    Civil Action No. 1:08-cv-04446
                                                   :
CONAIR CORPORATION, BROOKSTONE,                    :
INC., BRIGGS & RILEY TRAVELWARE LLC,               :
DELSEY LUGGAGE INC., EBAGS, INC.,                  :
EAGLE CREEK, a division of VF OUTDOOR,             :
INC., MASTER LOCK COMPANY, LLC, HP                 :
MARKETING CORP. LTD, L.C. INDUSTRIES,              :
LLC, OUTPAC DESIGNS INC., MAGELLAN'S               :
INTERNATIONAL TRAVEL CORPORATION,                  :
SAMSONITE CORPORATION, TITAN                       :
LUGGAGE USA, TRAVELPRO                             :
INTERNATIONAL INC, TUMI, INC, TRG                  :
ACCESSORIES, LLC, and WORDLOCK, INC.,              :
                                                   :
            Defendants.                            :
                                                   :
---------------------------------------------------------------------x

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant eBags, Inc. certifies, through the undersigned counsel, that it has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

Dated:   New York, New York
         December 3, 2009                Respectfully submitted,


                                         By: */s/ Janet L. Cullum*_____
                                         Janet L. Cullum (JC-1925)
                                         COOLEY GODWARD KRONISH LLP
                                         1114 Avenue of Americas
                                         New York, New York  10036-7798
                                         Telephone:  (212) 479-6500

                                         *Attorneys for Defendant eBags, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2009, I electronically filed the foregoing **CORPORATE DISCLOSURE STATEMENT** with the Clerk of the District Court using the CM/ECF system, which sent electronic notification of such filing to the following:

Ronald D. Coleman (RC-3875)
GOETZ FITZPATRICK LLP
One Penn Plaza
New York, NY  10119

**Attorneys for Plaintiff David A. Tropp**

Gary M. Butter (GB-8925)
Jennifer Cozeolino (JC-4841)
Baker Botts, LLP
30 Rockefeller Plaza
New York, NY 10112

**Attorneys for Defendant Tumi, Inc.**

Brian Carpenter, Esq.
Theodore J. McEvoy, Esq.
Greenberg Traurig
200 Park Avenue
Florham Park, NJ  07932

**Attorneys for Defendants Brookstone, Inc. and Eagle Creek, a division of VF Outdoor, Inc.**

Anthony James Difilippi
Abelman, Frayne & Schwab
150 East 42nd Street
New York, NY 10017

**Attorneys for Defendant Briggs & Riley Travelware LLC**

Michael F. Maschio, Esq.
Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas
New York, NY  10036-6799

**Attorneys for Defendants Outpac Designs Inc. and L.C. Industries, LLC**

Daniel G. Brown, Esq.
Wilson, Sonsini, Goodrich & Rosati PC
1301 Avenue of the Americas
New York, NY  10019

**Attorneys for Defendant Wordlock Inc.**

Robert J. Kenney, Esq.
Q. Rick Corrie, Esq.
Birch, Steward, Kolasch & Birch
8110 Gatehouse Road, Suite 100E
Falls Church, VA  22042

**Attorneys for Defendant Magellan's International Travel Corporation**

William L. Prickett (WP-7278)
Heidsha Sheldon (HS-6493) (*pro hac vice*)
Zachary W. Berk (ZB-0459) (*pro hac vice*)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028

**Attorneys for Conair Corporation, Master Lock Company, LLC, TRG Accessories, LLC, Samsonite Corporation, HP Marketing Corp. Ltd., Titan Luggage USA, and Travelpro International, Inc.**

Stacy Bekman Radz, Esq.
Ober, Kaler, Grimes & Shriver
130 East Baltimore Street
Baltimore, MD  21202

**Attorneys for Defendant Delsey Luggage Inc.**

                             */s/ Janet L. Cullum*
                              Janet L. Cullum

331859 v1/CO