UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                                  :
DAVID A. TROPP,                                                   :   Hon. Eric N. Vitaliano, U.S.D.J.
                                                                  :   Hon. Roanne L. Mann, U.S.M.J.
         Plaintiff,                                               :
                                                                  :
         v.                                                       :   Civil Action No. 1:08-cv-04446
                                                                  :
CONAIR CORPORATION, BROOKSTONE,                                   :
INC., BRIGGS & RILEY TRAVELWARE LLC,                              :
DELSEY LUGGAGE INC., EBAGS, INC.,                                 :
EAGLE CREEK, a division of VF OUTDOOR,                            :
INC., MASTER LOCK COMPANY, LLC, HP                                :
MARKETING CORP. LTD, L.C. INDUSTRIES,                             :
LLC, OUTPAC DESIGNS INC., MAGELLAN'S                              :
INTERNATIONAL TRAVEL CORPORATION,                                 :
SAMSONITE CORPORATION, TITAN                                      :
LUGGAGE USA, TRAVELPRO                                            :
INTERNATIONAL INC, TUMI, INC, TRG                                 :
ACCESSORIES, LLC, and WORDLOCK, INC.,                             :
                                                                  :
         Defendants.                                              :
                                                                  :
------------------------------------------------------------------x

## STIPULATION TO ENLARGE TIME TO RESPOND TO THIRD-PARTY COMPLAINT

Pursuant to an agreement reached by and between third-party plaintiff L.C. Industries, LLC ("L.C. Industries") and third-party defendant Travel Sentry, Inc. ("Travel Sentry"), the time for Travel Sentry to answer or otherwise respond to L.C. Industries' Third-Party Complaint against Travel Sentry (the "Third-Party Complaint"), is enlarged by seven (7) days to, and including, February 2, 2010.  Per a prior stipulation, Travel Sentry's answer and/or response to the Third-Party Complaint is currently due on January 26, 2010.

Dated: January 25, 2010

| | |
|---|---|
| By: */s/ William L. Prickett*<br>    William L. Prickett (WP-7278)<br>    Heidsha Sheldon (HS-6493)<br>    (Admitted *pro hac* vice)<br>    Zachary W. Berk (ZB-0459)<br>    (Admitted *pro hac* vice)<br>    SEYFARTH SHAW LLP<br>    World Trade Center East<br>    Two Seaport Lane, Suite 300<br>    Boston, MA 02210-2028<br>    (617) 946-4800<br><br>    *Attorneys for Third-Party Defendant*<br>    *Travel Sentry, Inc.* | By:   /s/   Michael F. Maschio<br>    Michael F. Maschio<br>    Cowan, Liebowitz & Latman, P.C.<br>    1133 Avenue of the Americas<br>    New York, NY 10036<br>    (212) 790-9200<br><br>    *Attorneys for Third-Party Plaintiff L.C.*<br>    *Industries, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2010, I electronically filed the foregoing

**STIPULATION TO ENLARGE TIME TO RESPOND TO THIRD-PARTY COMPLAINT**

with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel who have entered an appearance in this action.

　　　　　　　　　　　　　　　　　　　　　*/s/ Zachary W. Berk*
　　　　　　　　　　　　　　　　　　　Zachary W. Berk