UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

| | : | |
|---|---|---|
| DAVID A. TROPP, | : | Hon. Eric N. Vitaliano, U.S.D.J. |
| | : | Hon. Roanne L. Mann, U.S.M.J. |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 1:08-cv-04446 |
| | : | |
| CONAIR CORPORATION, BROOKSTONE, | : | |
| INC., BRIGGS & RILEY TRAVELWARE LLC, | : | |
| DELSEY LUGGAGE INC., EBAGS, INC., | : | |
| EAGLE CREEK, a division of VF OUTDOOR, | : | |
| INC., MASTER LOCK COMPANY, LLC, HP | : | |
| MARKETING CORP. LTD, L.C. INDUSTRIES, | : | |
| LLC, OUTPAC DESIGNS INC., MAGELLAN'S | : | |
| INTERNATIONAL TRAVEL CORPORATION, | : | |
| SAMSONITE CORPORATION, TITAN | : | |
| LUGGAGE USA, TRAVELPRO | : | |
| INTERNATIONAL INC, TUMI, INC, TRG | : | |
| ACCESSORIES, LLC, and WORDLOCK, INC., | : | |
| | : | |
| Defendants. | : | |
| | : | |

------------------------------------------------------------------x

**CERTAIN DEFENDANTS' NOTICE OF MOTION
FOR SUMMARY JUDGMENT BASED ON 28 U.S.C. § 1498**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of this Motion for Summary Judgment Based on 28 U.S.C. § 1498, the Affidavit of Heidsha Sheldon, Esq. Concerning Certain Defendants' Statement of Material Facts to Which There is No Genuine Issue to Be Tried, and upon all pleadings and proceedings herein, defendants, Conair Corporation, Brookstone, Inc., Briggs & Riley Travelware LLC, Delsey Luggage Inc., eBags, Inc., Eagle Creek, a division of VF Outdoor, Inc., Master Lock Company, LLC, HP Marketing Corp., Magellan's International Travel Corporation, Samsonite Corporation, Titan Luggage USA, Travelpro International, Inc., Tumi, Inc., TRG Accessories, LLC, and Wordlock,

Inc., will move this Court, at a date and time to be determined by the Court, before the Honorable Eric N. Vitaliano, United States District Judge, at the United States Courthouse for the Eastern District of New York, Brooklyn Courthouse, 225 Cadman Plaza East, Brooklyn, New York, pursuant to Fed. R. Civ. P. 56(a), for summary judgment against plaintiff based on 28 U.S.C. § 1498.

Dated: January 8, 2010

By:  */s/ Heidsha Sheldon*
    William L. Prickett (WP-7278)
    Heidsha Sheldon (HS-6493) (*Pro hac vice*)
    Zachary W. Berk (ZB-0459)(*Pro hac vice*)
    SEYFARTH SHAW LLP
    World Trade Center East
    Two Seaport Lane, Suite 300
    Boston, MA 02210-2028
    (617) 946-4800

    *Attorneys for Defendants Conair Corporation, Master Lock Company, LLC, HP Marketing Corp., Samsonite Corporation, Titan Luggage USA, Travelpro International, Inc., and TRG Accessories LLC*

By:  */s/ Anthony J. DiFilippi*
    Anthony J. DiFilippi, Esq.
    Abelman, Frayne & Schwab
    666 Third Avenue
    New York, NY 10017-5621
    (212) 885-9215

    *Attorneys for Defendant Briggs & Riley Travelware LLC*

By:  */s/ Theodore J. McEvoy*
    Brian Carpenter
    Theodore J. McEvoy (TM-8180)
    Greenberg Traurig
    200 Park Avenue
    Florham Park, NJ  07932
    (973) 443-3525

*Attorneys for Defendant Brookstone, Inc. and Eagle Creek, a division of VF Outdoor, Inc.*

By:  */s/ Chris Lonegro*
    Chris Lonegro
    Ober, Kaler, Grimes & Shriver
    130 East Baltimore Street
    Baltimore, MD  21202
    (410) 347-7675

*Attorneys for Defendant Delsey Luggage Inc.*

2

By: _/s/ Janet Cullum_____
    Janet Cullum (SP-7620)
    Carolyn Juarez
    Cooley Godward Kornish LLP
    The Grace Building
    1114 Avenue of the Americas
    New York, NY 10036
    (212) 479-6000

    *Attorneys for Defendant eBags, Inc.*

By: _/s/ Robert J. Kenney_____
    Robert J. Kenney (*pro hac vice*)
    Q. Rick Corrie, (*pro hac vice*)
    Birch, Steward, Kolasch & Birch
    8110 Gatehouse Road, Suite 100E
    Falls Church, VA 22042
    (703) 205-8000

    *Attorneys for Defendant Magellan's International Travel Corporation*

By: _/s/ Daniel G. Brown_____
    Daniel G. Brown, Esq. (DB-   )
    Omar Jabri, Esq.
    Wilson, Sonsini, Goodrich & Rosati PC
    1301 Avenue of the Americas
    New York, NY 10019
    (212) 999-5800

    *Attorneys for Defendant Wordlock Inc.*

By: _/s/ Gary M. Butter_____
    Gary M. Butter (GB-8925)
    Jennifer C. Tempesta (JC-4841)
    Baker Botts, LLP
    30 Rockefeller Plaza
    New York, NY 10112
    212-408-2546
    212-259-2546 (fax)

    *Attorneys for Defendant Tumi, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2010 I served the foregoing **CERTAIN DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT BASED ON 28 U.S.C. § 1498** upon counsel for the Plaintiff, via hand delivery and e-mail (PDF version), as well as all other counsel who have entered an appearance in this action via e-mail (PDF version).

                                                          */s/ Heidsha Sheldon*
                                                            Heidsha Sheldon