IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

| | | |
|---|---|---|
| DAVID A.TROPP, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 1:08-cv-04446 |
| | § | |
| vs. | § | |
| | § | |
| CONAIR CORPORATION, ET AL., | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF ATTORNEY APPEARANCE AND CHANGE OF ADDRESS**

PLEASE TAKE NOTICE THAT attorney Brian A. Carpenter, of the law firm BUETHER JOE & CARPENTER, LLC, hereby submits his notice of change of address and his notice of appearance noting that he previously appeared and to the extent necessary, hereby submits this updated notice of appearance as counsel for the following Defendants: Brookstone Company, Inc., Brookstone Stores, Inc. and Eagle Creek, a division of VF Outdoor, Inc.

Mr. Carpenter's new contact information is:

> Brian A. Carpenter
> Buether Joe & Carpenter, LLC
> 1700 Pacific Avenue, Suite 2390
> Dallas, Texas 75201
> Telephone:      (214) 466-1270
> Facsimile:      (214) 635-1829
> Email:          brian.carpenter@bjciplaw.com

Date:  March 31, 2010                     Respectfully submitted,

                                            **BUETHER JOE & CARPENTER, LLC**

                                            /s/Brian A. Carpenter
                                            Brian A. Carpenter
                                            E-mail:  brian.carpenter@bjciplaw.com
                                            1700 Pacific Avenue, Suite 2390
                                            Dallas, Texas 75201
                                            Telephone:     (214) 466-1270
                                            Facsimile:     (214) 635-1829

                                            **ATTORNEY FOR DEFENDANTS**
                                            **BROOKSTONE COMPANY, INC.,**
                                            **BROOKSTONE STORES, INC. AND EAGLE**
                                            **CREEK, A DIVISION OF VF OUTDOOR, INC.**

### CERTIFICATE OF SERVICE

       The undersigned hereby certifies that all counsel of record are deemed to have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system on March 31, 2010.

                                            /s/Brian A. Carpenter
                                            Brian A. Carpenter