**SEYFARTH SHAW** LLP
ATTORNEYS

World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028
(617) 946-4800
fax (617) 946-4801
www.seyfarth.com

Writer's direct phone
(617) 946-4902

Writer's e-mail
wprickett@seyfarth.com

April 12, 2010

**VIA ECF**

The Honorable Roanne L. Mann
U. S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>David A. Tropp v. Conair Corp. et al.</u>, Case No. 08-cv-04446

Dear Judge Mann:

    We write on behalf of certain of our clients, defendants Master Lock Company, LLC, Samsonite Corporation, Titan Luggage USA, Travelpro International, Inc., L.C. Industries, LLC and TRG Accessories, LLC.

    While all defendants in the case have a pending motion to stay this case, and a related request to cancel or postpone the scheduled April 16, 2010 settlement conference before Your Honor (for the reasons set forth in Docket Entry 172), to the extent that session does go forward on April 16th, the above defendants seek leave to be excused from sending a live representative to New York for that meeting. The grounds for this request are as follows:

    First, each of the above defendants has an agreement with Travel Sentry, Inc. ("Travel Sentry") under which it is indemnified in this action by Travel Sentry. Accordingly, any discussion of a settlement payment to plaintiff would ultimately be Travel Sentry's responsibility, subject to these defendants' consent. Second, for this reason, a representative of Travel Sentry will be in attendance if the session goes forward. Third, because any settlement payment on behalf of these defendants is Travel Sentry's responsibility, we believe it is unnecessary for Travel Sentry to have to incur the travel and other costs to have these individuals travel and appear at the session. It also will simplify the discussion and process simply by virtue of reducing the number of parties at the session. A representative of each of these defendants will be available by phone call for purposes of consenting to any settlement.

    For these reasons, the above defendants respectfully request that they be excused from live attendance at a settlement meeting on April 16, 2010.

BRUSSELS  WASHINGTON, D.C.  SAN FRANCISCO  SACRAMENTO  NEW YORK  LOS ANGELES  HOUSTON  CHICAGO  BOSTON  ATLANTA

12223331v.1



Honorable Roanne L. Mann
April 12, 2010
Page 2

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ William L. Prickett*
William L. Prickett

ZWB:mtf
cc:    Ronald D. Coleman, Esq.
       Joel Geoffrey MacMull, Esq.
       Heidsha Sheldon, Esq.
       Zachary W. Berk, Esq.
       James S. Yu, Esq.
       Gary M. Butter, Esq.
       Brian A. Carpenter, Esq.
       Tod S. Chasin, Esq.
       Quentin R. Corrie, Esq.
       Jennifer Cozeolino Tempesta, Esq.
       Anthony DiFilippi, Esq.
       Robert J. Kenney, Esq.
       Michael B. Marion, Esq.
       Michael F. Maschio, Esq.
       Theodore J. McEvoy, Esq.
       Christopher F. Lonegro, Esq.
       Janet Leslie Cullum, Esq.
       Daniel Brown, Esq.