

**GOETZ FITZPATRICK** LLP
Attorneys at Law   www.goetzfitz.com
One Penn Plaza, New York, NY 10119 | (T) 212-695-8100 | (F) 212-629-4013

Joel G. MacMull
Ext. 339
jmacmull@goetzfitz.com

April 28, 2010

**VIA ECF**

Hon. Roanne L. Mann, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   **Tropp v. Conair Corp. et al.**
       **Civil Action No. 1:08-cv-04446**

Dear Magistrate Judge Mann:

We are counsel for plaintiff. We write in connection with Your Honor's order dated April 27, and specifically that plaintiff identify for the Court the subpoenas served by plaintiff on non-parties, and whether the subpoenas are seeking substantive testimony or documents. To aid the Court in its understanding, we refer to the chart below.

| Non-party served | Date Served | Subpoena Seeking Documents | Subpoena Seeking Testimony | Content of the Subpoena |
|---|---|---|---|---|
| AAA Ohio Auto Club | December 11, 2009 | ✓ | ✓ | See Exhibit A attached hereto |
| Ace Hardware Corporation | December 11, 2009 | ✓ | ✓ | See Exhibit B attached hereto |
| Bed Bath & Beyond Procurement Co. Inc. | December 14, 2009 | ✓ | ✓ | See Exhibit C attached hereto |
| Bed Bath & Beyond Inc. | December 10, 2009 | ✓ | ✓ | See Exhibit D attached hereto |
| Duade Reade, Inc. | December 11, 2009 | ✓ | ✓ | See Exhibit E attached hereto |
| Flight 001, Inc. | December 10, 2009 | ✓ | ✓ | See Exhibit F attached hereto |

 GOETZ FITZPATRICK LLP

Hon. Roanne L. Mann, U.S.M.J.
April 28, 2010
Page 2 of 2

| Non-party served | Date Served | Subpoena Seeking Documents | Subpoena Seeking Testimony | Content of the Subpoena |
|---|---|---|---|---|
| Heys USA, Inc. | On or about December 11, 2009 | ✓ | ✓ | See Exhibit G attached hereto |
| The Home Depot, Inc. | December 11, 2009 | ✓ | ✓ | See Exhibit H attached hereto |
| Innovation Luggage, Inc. | April 16, 2010 | ✓ | ✓ | See Exhibit I attached hereto |
| Macy's Inc. | December 17, 2010 | ✓ | ✓ | See Exhibit J attached hereto |

Naturally, should the Court have any additional questions concerning the foregoing, we are available at the Court's request.

Respectfully submitted,

Joel G. MacMull

cc:   All counsel of record (*via ECF*)