UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
DAVID A. TROPP,                     :
                                    :
        Plaintiff,                  :     Case No. 1:08cv04446 (ENV)(RLM)
                                    :
    v.                              :
                                    :     **STIPULATION OF**
CONAIR CORPORATION, BROOKSTONE,     :     **SUBSTITUTION OF COUNSEL**
INC., BRIGGS & RILEY TRAVELWARE LLC,:
DELSEY LUGGAGE INC., EBAGS, INC.,
EAGLE CREEK, a division of VF OUTDOOR,  :
INC., MASTER LOCK COMPANY, LLC, HP
MARKETING CORP. LTD, L.C. INDUSTRIES,
LLC, OUTPAC DESIGNS INC., MAGELLAN'S
INTERNATIONAL TRAVEL CORPORATION,
SAMSONITE CORPORATION, TITAN
LUGGAGE USA, TRAVELPRO
INTERNATIONAL INC, TUMI, INC, TRG
ACCESSORIES, LLC, and WORDLOCK, INC.,

        Defendants.
------------------------------------x

    IT IS HEREBY STIPULATED, CONSENTED AND AGREED that Goodwin Procter LLP, The New York Times Building, 620 Eighth Avenue, New York, New York 10018, be and hereby is substituted as counsel of record for Defendant Wordlock Inc., in the above-entitled action in place and instead of Wilson Sonsini Goodrich & Rosati, 1301 Avenue of the Americas, New York, New York 10019, as of the date hereof.

Dated: New York, New York
       July 14, 2010

| GOODWIN PROCTER LLP | WILSON SONSINI GOODRICH & ROSATI |
|---|---|
| By: /s/ Steven R. Gustavson<br>Steven R. Gustavson (SG 2463)<br>Goodwin Procter LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York 10018<br>Tel: (212) 813-8800<br>Fax: (212) 355-3333<br>Email: sgustavson@goodwinprocter.com | By: /s/ Daniel Brown JG<br>Daniel Guerdon Brown<br>1301 Avenue Of The Americas<br>40th Floor<br>New York, NY 10019<br>Tel: 212-999-5800<br>Fax: 212-999-5899<br>Email: dgbrown@wsgr.com |

ENDORSED:

SO ORDERED:
/s/
Roanne L. Mann
U.S. Magistrate Judge
Dated 7/14/10

_____     _____
United States District Court Judge              Date