UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
DAVID A. TROPP,                                : Hon. Eric N. Vitaliano, U.S.D.J.
                                               : Hon. Roanne L. Mann, U.S.M.J.
     Plaintiff,                                :
                                               :
     v.                                        : Civil Action No. 1:08-cv-04446
                                               :
CONAIR CORPORATION, BROOKSTONE,                :
INC., BRIGGS & RILEY TRAVELWARE LLC,           :
DELSEY LUGGAGE INC., EBAGS, INC.,              :
EAGLE CREEK, a division of VF OUTDOOR,         :
INC., MASTER LOCK COMPANY, LLC, HP             :
MARKETING CORP. LTD, L.C. INDUSTRIES,          :
LLC, OUTPAC DESIGNS INC., MAGELLAN'S           :
INTERNATIONAL TRAVEL CORPORATION,              :
SAMSONITE CORPORATION, TITAN                   :
LUGGAGE USA, TRAVELPRO                         :
INTERNATIONAL INC, TUMI, INC, TRG              :
ACCESSORIES, LLC, and WORDLOCK, INC.,          :
                                               :
     Defendants.                               :
                                               :
------------------------------------------------------------------x

# DEFENDANTS' MOTION FOR FEES AND COSTS
## PURSUANT TO 35 U.S.C. § 285 AND 28 U.S.C. § 1927

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of this Motion for Fees and Costs Pursuant to 35 U.S.C. § 285 and 28 U.S.C. § 1927, the Affidavit of Zachary W. Berk, Esq., and upon all pleadings and proceedings herein, defendants, Conair Corporation, Brookstone Stores, Inc. (and Brookstone Company, Inc.), Briggs & Riley Travelware LLC, Delsey Luggage Inc., eBags, Inc., Eagle Creek, a division of VF Outdoor, Inc., L.C. Industries, Inc., Master Lock Company, LLC, Magellan's International Travel Corporation, Outpac Designs, Inc., Samsonite Corporation, Travelpro International, Inc., Tumi, Inc., TRG Accessories, LLC, and Wordlock, Inc., will move this Court, at a date and time to be determined

by the Court, before the Honorable Eric N. Vitaliano, United States District Judge, at the United States Courthouse for the Eastern District of New York, Brooklyn Courthouse, 225 Cadman Plaza East, Brooklyn, New York, for fees and costs based on 35 U.S.C. § 285 and 28 U.S.C. § 1927.

Dated: September 6, 2011

By: /s/ William L. Prickett_____
    William L. Prickett (WP-7278)
    Zachary W. Berk (ZB-0459)
    (Admitted *pro hac* vice)
    SEYFARTH SHAW LLP
    World Trade Center East
    Two Seaport Lane, Suite 300
    Boston, MA 02210-2028
    (617) 946-4800

    *Attorneys for Defendants Conair Corporation, Master Lock Company, LLC, L.C. Industries, LLC, Samsonite Corporation, Travelpro International, Inc., and TRG Accessories, LLC*

By: /s/ Gary M. Butter_____
    Gary M. Butter (GB-8925)
    Jennifer Cozeolino (JC-4841)
    Baker Botts, LLP
    30 Rockefeller Plaza
    New York, NY 10112
    212-408-2546

    *Attorneys for Defendant Tumi, Inc.*

By: /s/ Anthony J. DiFilippi_____
    Anthony J. DiFilippi
    Abelman, Frayne & Schwab
    666 Third Avenue
    New York, NY 10017-5621
    (212) 885-9215

    *Attorneys for Defendant Briggs & Riley Travelware LLC*

By: /s/ Michael F. Maschio_____
    Michael F. Maschio (2366)
    Cowan, Liebowitz & Latman, P.C.
    1133 Avenue of the Americas
    New York, NY  10036-6799
    (212) 790-9270

    *Attorneys for Outpac Designs Inc.*

By: /s/ Steven Russell Gustavson_____
    Steven Russell Gustavson
    Thomas F. Fitzpatrick
    Goodwin Procter LLP
    135 Commonwealth Drive
    Menlo Park,  CA  94025
    650.752.3144

    *Attorneys for Defendant Wordlock Inc.*

By:  _/s/ Brian A. Carpenter_____
    Brian A. Carpenter
    Buether Joe & Carpenter LLC
    1700 Pacific, Suite 2390
    Dallas, TX  75201
    (214) 466-1273

    *Attorneys for Defendants Brookstone Stores, Inc., Brookstone Company, Inc. and Eagle Creek, a division of VF Outdoor, Inc.*

By:  _/s/ Janet Cullum_____
    Janet Cullum
    Carolyn Juarez
    Cooley Godward Kronish LLP
    The Grace Building
    1114 Avenue of the Americas
    New York, NY  10036
    (212) 479-6000

    *Attorneys for eBags, Inc.*

By:  _/s/ Christopher F. Lonegro_____
    Christopher F. Lonegro
    Ober, Kaler, Grimes & Shriver
    130 East Baltimore Street
    Baltimore, MD  21202
    (410) 347-7675

    *Attorneys for Defendant Delsey Luggage, Inc.*

By:  _/s/ Robert J. Kenney_____
    Robert J. Kenney (*pro hac vice*)
    Q. Rick Corrie, (*pro hac vice*)
    Birch, Steward, Kolasch & Birch
    8110 Gatehouse Road, Suite 100E
    Falls Church, VA  22042
    (703) 205-8000

    *Attorneys for Defendant Magellan's International Travel Corporation*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 6, 2011, I served the foregoing upon counsel for the Plaintiff, via hand delivery and e-mail (PDF version), as well as all other counsel who have entered an appearance in this action via e-mail (PDF version).

                                                            _/s/ Zachary W. Berk_____
                                                             Zachary W. Berk

13732036v.1