UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
DAVID A. TROPP, : Hon. Eric N. Vitaliano, U.S.D.J.
: Hon. Roanne L. Mann, U.S.M.J.
Plaintiff, :
:
v. : Civil Action No. 1:08-cv-04446
:
CONAIR CORPORATION, BROOKSTONE, :
INC., BRIGGS & RILEY TRAVELWARE LLC, :
DELSEY LUGGAGE INC., EBAGS, INC., :
EAGLE CREEK, a division of VF OUTDOOR, :
INC., MASTER LOCK COMPANY, LLC, HP :
MARKETING CORP. LTD, L.C. INDUSTRIES, :
LLC, OUTPAC DESIGNS INC., MAGELLAN'S :
INTERNATIONAL TRAVEL CORPORATION, :
SAMSONITE CORPORATION, TITAN :
LUGGAGE USA, TRAVELPRO :
INTERNATIONAL INC, TUMI, INC, TRG :
ACCESSORIES, LLC, and WORDLOCK, INC., :
:
Defendants. :
:
------------------------------------------------------------------x

# NOTICE OF APPEAL

Notice is hereby given that defendants Conair Corporation, Brookstone Stores, Inc. (and Brookstone Company, Inc.), Briggs & Riley Travelware LLC, Delsey Luggage Inc., Eagle Creek, a division of VF Outdoor, Inc., eBags, Inc., L.C. Industries, Inc., Master Lock Company, LLC, Magellan's International Travel Corporation, Samsonite Corporation, Travelpro International, Inc., Tumi, Inc., TRG Accessories, LLC, and Wordlock, Inc. (collectively, the "Defendants"), hereby appeal this Court's February 28, 2012 Memorandum and Order (DE 255) denying Defendants' Motion for Fees and Costs Pursuant to 35 U.S.C. § 285 and 28 U.S.C. § 1927 (DE 247) to the United State Court of Appeals for the Federal Circuit.

Dated: March 29, 2012

By: /s/ William L. Prickett
    William L. Prickett (WP-7278)
    Zachary W. Berk (ZB-0459)
    (Admitted *pro hac* vice)
    SEYFARTH SHAW LLP
    World Trade Center East
    Two Seaport Lane, Suite 300
    Boston, MA 02210-2028
    (617) 946-4800

    *Attorneys for Defendants Conair Corporation, Master Lock Company, LLC, L.C. Industries, LLC, Samsonite Corporation, Travelpro International, Inc., and TRG Accessories, LLC*

By: /s/ Robert J. Kenney
    Robert J. Kenney (*pro hac vice*)
    Q. Rick Corrie, (*pro hac vice*)
    Birch, Steward, Kolasch & Birch
    8110 Gatehouse Road, Suite 100E
    Falls Church, VA  22042
    (703) 205-8000

    *Attorneys for Defendant Magellan's International Travel Corporation*

By: /s/ Brian A. Carpenter
    Brian A. Carpenter
    Buether Joe & Carpenter LLC
    1700 Pacific, Suite 2390
    Dallas, TX  75201
    (214) 466-1273

    *Attorneys for Defendants Brookstone Stores, Inc., Brookstone Company, Inc. and Eagle Creek, a division of VF Outdoor, Inc.*

By: /s/ Neil P. Sirota
    Neil P. Sirota (NS 3870)
    Jennifer C. Tempesta (JC 4841)
    Baker Botts, LLP
    30 Rockefeller Plaza
    New York, NY 10112
    212-408-2546

    *Attorneys for Defendant Tumi, Inc.*

By: /s/ Anthony J. DiFilippi
    Anthony J. DiFilippi
    Abelman, Frayne & Schwab
    666 Third Avenue
    New York, NY 10017-5621
    (212) 885-9215

    *Attorneys for Defendant Briggs & Riley Travelware LLC*

By: /s/ Steven Russell Gustavson
    Steven Russell Gustavson
    Thomas F. Fitzpatrick
    Goodwin Procter LLP
    135 Commonwealth Drive
    Menlo Park, CA  94025
    650.752.3144

    *Attorneys for Defendant Wordlock Inc.*

By: /s/ Christopher F. Lonegro
    Christopher F. Lonegro
    Ober, Kaler, Grimes & Shriver
    130 East Baltimore Street
    Baltimore, MD  21202
    (410) 347-7675

    *Attorneys for Defendant Delsey Luggage, Inc.*

By:   /s/ *Janet Cullum*
     Janet Cullum
     Carolyn Juarez
     Cooley Godward Kronish LLP
     The Grace Building
     1114 Avenue of the Americas
     New York, NY 10036
     (212) 479-6000

     *Attorneys for eBags, Inc.*

## CERTIFICATE OF SERVICE

     I hereby certify that on March 29, 2012, I served the foregoing upon counsel for the Plaintiff, as well as all other counsel who have entered an appearance in this action, via ecf.

                                              */s/ Zachary W. Berk*
                                                  Zachary W. Berk