Dbt f ;!23.2448!!!!!Epdvn f ou!2.2!!!!!Qbhf ;!2!!!!!Gjrfhe;!15Q2: Œ3123

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 12-1337 - David Tropp v. Conair Corporation

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

 **JUL 3 0 2012** 

**BROOKLYN OFFICE**

Date of docketing: April 19, 2012

Appeal from: United States District Court for the Eastern District of New York (Brooklyn) case no. 08-CV-4446

Appellant(s): Briggs & Riley Travelware LLC, Brookstone Company, Inc., Brookstone Stores, Inc., Conair Corporation, Delsey Luggage Inc., Eagle Creek, L.C. Industries, LLC, Magellan's International Travel Corporation, Master Lock Company LLC, Samsonite Corporation, TRG Accessories, LLC, Travelpro International Inc., Tumi, Inc., Wordlock, Inc., eBags, Inc.

**Critical dates include:**

- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. (*Due within 14 days of the date of docketing.*) See Fed. Cir. R. 47.3.
- Certificate of interest. (*Due within 14 days of the date of docketing.*) See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing, or within 30 days if the United States or its officer or agency is a party in the appeal.*) [Only in cases where all parties are represented by counsel. See the en banc order dated September 18, 2006, and guidelines available at www.cafc.uscourts.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions. See Fed. Cir. R. 33.
- **ORAL ARGUMENT SCHEDULE CONFLICTS.** (*Objections to the scheduling of oral argument should be immediate.*) See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**

- Official caption
- Rules of Practice (to pro se parties only)
- Required forms (to pro se parties only):
  - Entry of Appearance
  - Informal Brief
  - Motion and Affidavit for Leave to Proceed in Forma Pauperis (only to appellants owing the docketing fee)

Counsel may download the Rules of Practice and required forms from www.cafc.uscourts.gov or call 202.275.8000 for a printed copy.

Jan Horbaly
Clerk

cc: United States District Court for the Eastern District of New York (Brooklyn)
Brian A. Carpenter
Ronald D. Coleman
Q. Rick Corrie
Anthony J. DiFilippi
Thomas F. Fitzpatrick
Carolyn V. Juarez
Christopher F. Lonegro

William L. Prickett
Neil P. Sirota