# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUL 30 2012 ★
BROOKLYN OFFICE

Official Caption[1]

2012-1337

DAVID A. TROPP,

        Plaintiff-Appellee,

v.

CONAIR CORPORATION, L.C. INDUSTRIES, LLC,
MASTER LOCK COMPANY LLC, SAMSONITE CORPORATION,
TRAVELPRO INTERNATIONAL INC., and TRG ACCESSORIES, LLC,

        Defendants-Appellants,

and

BRIGGS & RILEY TRAVELWARE LLC,

        Defendant-Appellant,

and

EAGLE CREEK, A DIVISION OF VF OUTDOOR, INC.,
BROOKSTONE COMPANY, INC., and BROOKSTONE STORES, INC.,

        Defendants-Appellants,

and

DELSEY LUGGAGE INC.,

        Defendant-Appellant,

and

EBAGS, INC.,

        Defendant-Appellant,

and

MAGELLAN'S INTERNATIONAL TRAVEL CORPORATION,

        Defendant-Appellant,

and

TUMI, INC.,

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).

Dbtf;!23.2448!!!!!Epdvn fou!2.3!!!!!Qbhf;!3!!!!!Gjrhe;!1502:03123

                                         Defendant-Appellant,

and

WORDLOCK, INC.,

                                         Defendant-Appellant,

and

OUTPAC DESIGNS INC., HP MARKETING CORP. LTD.,
and TITAN LUGGAGE USA,

                                         Defendants.

Appeal from the United States District Court for the Eastern District of New York in case no. 08-CV-4446, Judge Eric N. Vitaliano.

<u>Authorized Abbreviated Caption[2]</u>

DAVID TROPP V CONAIR CORPORATION, 2012-1337

---

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.